No. 670, Misc.   TINCH *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 684, Misc.   BOYKIN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 719, Misc.   LEWIS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 728, Misc.   RETOLAZA *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *H. Thomas Howell* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 735, Misc.   HOPKINS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 736, Misc.   NELSON *v.* CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 759, Misc.   WOLENSKI *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 764, Misc.   LLANES *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Murray M. Segal* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Ronald L. Gainer* for the United States.